## JOINT STATEMENT REGARDING DISCOVERY DISPUTE

### 1. Non-Party Ortho Sport and Spine Physician LLC's Position Statement

The current dispute arises from Defendants' new demands for information and documents from Non-Party Ortho Sport and Spine Physician LLC's ("Ortho Sport"), including the following:

(1) Additional deponents;
(2) The production of all checks and all other forms of payments from **ALL law firms** during the last four years. *See November 10, 2025, Correspondence attached as Ex. A*.

At the discovery dispute hearing on August 12, 2025, the Court allowed Defendants the opportunity to file a 4th 30(b)(6) notice. The 30(b)(6) notice filed September 2, 2025, included an explicit list of eleven topics. *See 30(b)(6) Notice attached as Ex B.* Mr. Maselli, as Ortho Sport's 30(b)(6) representative, provided complete responses to each of the eleven topics. Despite Ortho Sport's thorough preparation for the deposition, counsel for the Defendants expressed unwarranted distress following the deposition and requested Ortho Sport produce a copy of its "ledger/log" that Mr. Maselli acknowledged is used when payments are received by Ortho Sport.

On October 13, 2025, counsel for Ortho Sport conferred with counsel for Defendants through a Zoom video conference in an effort to resolve Defendants' discovery demands amicably. Ortho Sport already complied with the Court's instructions limiting the scope of additional discovery and providing the resulting 30(b)(6) deposition. Nevertheless, in an attempt to satisfy Defendants' never-ending demands, Ortho Sport provided a Declaration from Stephanie Anthony, an Ortho Sport employee from the billing department, to provide first-hand knowledge of the deposit and payment processing procedure and authenticate the "ledger/log" system for which Ortho Sport willingly produced examples. These efforts, unfortunately, have led to the additional demands by Defendants. Although Ortho Sport has produced additional information and documents beyond the scope authorized by the Court at the August 12, 2025 hearing (and well beyond the 11-topic 30(b)(6) notice that Ortho Sport complied with, without objection), Defendants continue to endlessly demand additional discovery.

Accordingly, Ortho Sport respectfully requests that the Court issue a Protective Order to terminate Defendants' additional discovery demands directed to Ortho Sport. Ortho Sport has spent numerous hours creating multiple reports which are not prepared in the ordinary course of business, sat for four 30(b)(6) depositions, and engaged in the resolution of multiple discovery disputes, all of which have overexposed certain of Ortho Sports' confidential business information, and which is disproportional to the underlying case. To move for a Protective Order, this Court requires the movant to demonstrate good cause and undue burden. *See Martin v. Ward*, No. 1:18-CV-4617-MLB, 2021 WL 1186749, at 6 (N.D. Ga. Mar. 30, 2021). Fed. R. Civ. P. 26 allows parties to obtain discovery of "any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case...." but the Court must limit discovery if (i) the discovery sought is unreasonably **cumulative** *or* **duplicative**… (ii) the *party seeking discovery* has had **ample opportunity** to obtain the information by discovery in the action; or (iii) the proposed discovery is **outside the scope** permitted by Rule 26(b)(1). Fed. R. Civ. P. 26(b)(2)(C) (Emphasis added).

The 2015 Amendments to Rule 26(b)(1) explicitly require courts and parties to consider factors of proportionality such as "the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit." Accordingly, "a party cannot discover even relevant information if the information is not 'proportional to the needs of the case.'" *See Garber v. Nationwide Mutual Ins Co.*, 2022 WL 1420916 at 10 (N.D. Al. March 24, 2022).

Rule 26(c)(1) determines that a Protective Order may be issued by the Court "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." "Non-party status is a factor courts may consider when analyzing whether a subpoena is unduly burdensome." *See Pinehaven Plantation Properties, LLC v. Mountcastle Family LLC*, 2013 WL 6734117, at 1 (M.D. Ga. Dec. 19, 2013). "It is a generally accepted rule that standards for non-party discovery require a stronger showing of relevance than for party discovery." *See id*. A "court may limit discovery when the burden of compliance outweighs its likely benefit or relevance." *See id.* at 1. Moreover, "The burden on the non-party is particularly great when the party issuing the subpoena seeks private information." *See id* at 2.

The information sought by Defendants is both **irrelevant** and **fails** the proportionality analysis **<u>required</u>** by Rule 26(b)(1). Ortho Sport has dutifully complied with and gone **<u>beyond</u>** what this Court previously required of Ortho Sport. Still, Defendants continue to pry into Ortho Sports' confidential financial information and proprietary business operations even **after** Ortho Sport demonstrated through **<u>four</u>** 30(b)(6) depositions and Declarations that nothing in Ortho Sport's billing or care procedure allowed bias to effect Norrington's diagnoses and treatment. For all these reasons, Ortho Sports respectfully requests the Court to order that no additional discovery be had from Ortho Sport or alternatively allow Ortho Sport to file a motion for a protective order in this action.

### 2. Defendants' Position Statement

OSSP's pattern of delays and failing to appropriately prepare witnesses for 30(b)(6) depositions has unfortunately continued. If the Court will recall, OSSP used a worker's compensation attorney as its designated witness for the First 30(b)(6) deposition, and he was woefully unprepared to testify. In the Second 30(b)(6) deposition, OSSP admittedly did not prepare for numerous topics, including topics on OSSP's accounting procedures. On December 11, 2024, the Court held an Evidentiary Hearing wherein OSSP's director of billing testified that OSSP has a "processing department" that processes checks before they are entered into OSSP's billing software, but she did not know what accounting that department did, nor who the head of that department was. (Hearing Trans. 68:20-69:7.)

The Court then permitted a Third 30(b)(6) deposition with a single topic addressing OSSP's accounting procedures, which required the deponent to be prepared to provide "[a] description of how payments are processed and accounted for when they are received by OSSP including the name of any computer software systems that are used in that process . . . ." (See DOC. 180.) At the Third 30(b)(6) the deponent acknowledged that OSSP processes, reconciles, and logs payments prior to entering them into their billing system; however, disturbingly, he did not prepare to explain how that was done or how the reconciled payments were recorded – which was the primary purpose of that deposition. That led to the OSSP's Fourth 30(b)(6) deposition, which included very specific accounting related subtopics, including requests for details concerning OSSP's payment processing department, how checks are reconciled, and details concerning the ledger that was used for same and how that information is recorded. (See DOC. 196.)

Alarmingly, the same deponent from the Second and Third 30(b)(6) depositions appeared on behalf of OSSP at the Fourth 30(b)(6) deposition, but admitted that he did not personally meet with anyone or do anything to prepare for that deposition. Instead he was provided a script to read off of that he found "sitting on [his] desk." He had no idea who prepared that script. Further, despite prior specific testimony to the contrary, the deponent denied that OSSP had a "processing department," and could not explain how OSSP processed payments or provide details of what was recorded in its payment log.

Paralleling the issues with OSSP's refusal to provide information concerning how it processes payments were issues surrounding its production of a complete report from its billing software system, eClinicalWorks ("ECW"). After the Evidentiary Hearing, OSSP provided Defendants with an ECW report containing approximately 89,000 lines of data, but that report was missing several fields, including the payee field. Those fields appeared to have been intentionally removed from the form report before it was converted to a .pdf and produced. After the Court instructed OSSP to provide the full version of that report with the missing fields, OSSP provided a report with additional fields, but it only contained 5,902 lines of data – a fraction of the size of the prior report it provided.

After the Fourth 30(b)(6), Defendants reached out to OSSP requesting the full version of the prior report it produced, as well as a copy of its payment log that it continued to dodge discussing in depositions. The parties then conferred, and OSSP agreed to provide a copy of the full ECW Report, and further identify the individuals at OSSP who could provide deposition

testimony concerning its payment processing and logging procedures.  OSSP eventually provided an updated ECW report, images of 19 checks from law firms, a heavily redacted payment log from an unknown software system, and declarations from two individuals at OSSP who handle inputting payments into ECW – not individuals associated with the initial processing of payments.  OSSP's unilateral provision of declarations in lieu of available deponents demonstrates its attempt to avoid further cross examination concerning how it processes payments.  Additionally, OSSP has now shown it can produce evidence of payments from law firms.

Defendants request that the Court order OSSP to produce evidence of payments it has received from the Witherite Firm over the last four years.  If OSSP contends that it cannot easily sort through its payment data to provide that information, Defendants will gladly bear that cost.  Defendants further request that the Court order OSSP to provide deposition testimony concerning how it processes payments.  Finaly, Defendants request that it be permitted to file a motion for sanctions to address OSSP's repeated and continuing discovery abuses, as it is apparent those abuses will otherwise continue at significant costs and unfairness to Defendants.

**Monday, November 24, 2025 at 9:46:46 AM Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Re: [External]Re: Norrington - 4th 30(b)(6) and incomplete ECW Report |
| **Date:** | Monday, November 24, 2025 at 9:46:35 AM Eastern Standard Time |
| **From:** | Clay O'Daniel |
| **To:** | Jeffrey Beaird, Arielle Frank, Matt R. Sessions, Kelli Byers-Hooper |
| **CC:** | E. David Szczepanski, Hank Fellows, Evan Smith, William Weston, Kevin Branch, Yasha Heidari |
| **Attachments:** | image001.png, image002.png, image003.jpg, image004.png, image005.jpg, image006.png, image007.png, image008.jpg, image009.png, image010.jpg, image011.png, image012.jpg, image013.png, image014.jpg |

Jeff – I did not hear further from you.  Given this is really a dispute between my clients and OSSP, I am going to proceed forward and get the joint discovery dispute filed this AM.

## Clay S. O'Daniel

O'Daniel ∣ McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
www.odmclaw.com

---

**From:** Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>
**Date:** Wednesday, November 19, 2025 at 10:29 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, Arielle Frank <afrank@fellab.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>, Kelli Byers-Hooper <kelli.byers-hooper@witheritelaw.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** RE: [External]Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

**Clay:**

**I was in court with Judge Calvert until Monday and am just really getting back into the office today. I am reviewing it and will respond no later than Friday.**

**Jeff**



**JEFFREY BEAIRD**
**ATTORNEY**
Phone: 470.881.8804
Direct: 470.480.7540
Fax:      470.480.7540
600 Peachtree ST NE, Suite 4010

1 of 17

**witheritelaw.com | 1800TruckWreck.com**    Atlanta, GA 30308

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Sent:** Wednesday, November 19, 2025 10:24 AM
**To:** Arielle Frank <afrank@fellab.com>; Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>; Hank Fellows <hfellows@fellab.com>; Evan Smith <evan@hplawgroup.com>; William Weston <wweston@odmclaw.com>; Kevin Branch <kpb@mkblawfirm.com>; Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>; Yasha Heidari <yasha@hplawgroup.com>
**Subject:** [External]Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
Plaitniff has not submitted a portion on the last four discovery dispute submissions with the exception of Doc 184, which was directly between us and Plaintiff (wherein OSSP did not submit a portion).  Jeff – do you intend to submit a portion now in this one?

Clay S. O'Daniel

O'Daniel | McDonald
9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
www.odmclaw.com

---

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Wednesday, November 19, 2025 at 9:50 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay,

Thank you for providing your portion of the joint discovery statement. Plaintiff's counsel needs to be given the opportunity to add their portion to the submission as well. We will file the statement this week once this addition has been made.

Best,
Arielle

2 of 17



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303



Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Wednesday, November 19, 2025 at 8:56 AM
**To:** Arielle Frank <afrank@fellab.com>, Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Arielle,

Following up on the below, as I did not receive a response, and I did not see where anything was filed yesterday.  Please let me know where we are on the filing of the joint dispute statement.  We need to get this filed today in light of approaching case deadlines.

Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/f654ef86/WhBwkzKasEerknZ3dOAAhQ?u=http://www.odmclaw.com/

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Tuesday, November 18, 2025 at 3:28 PM
**To:** Arielle Frank <afrank@fellab.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan

Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Arielle – confirming that you received the below email I sent yesterday with the attached, and that you are filing the joint discovery statement with the attachment today.  Let me know if you prefer that I file on my end.

## Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/f654ef86/WhBwkzKasEerknZ3dOAAhQ?u=http://www.odmclaw.com/

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Monday, November 17, 2025 at 4:55 PM
**To:** Arielle Frank <afrank@fellab.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Arielle,

My portion is attached, along with the email chain attachment.

## Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/f654ef86/WhBwkzKasEerknZ3dOAAhQ?u=http://www.odmclaw.com/

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>

**Date:** Friday, November 14, 2025 at 10:08 AM
**To:** Arielle Frank <afrank@fellab.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Received.  I will review and provide our portion by Monday.

Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/f654ef86/WhBwkzKasEerknZ3dOAAhQ?u=http://www.odmclaw.com/

---

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Thursday, November 13, 2025 at 11:47 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay,

Attached is a draft of our portion of the Joint Discovery Dispute Statement we intend to file by Tuesday, November 18, 2025.

Best,
Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303



Celebrating 30 years of representing clients in complex litigation.

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Monday, November 10, 2025 at 5:01 PM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay,

Your contentions regarding our document production are inaccurate. Ms. Soro transmitted two separate productions on November 4 and November 5, followed by an additional production on November 7. For your convenience, below is a summary of the materials included in each production:

1. On November 4, Ms. Soro sent an email to all counsel with a box.com link to the documents bates labeled ORTHO_000001-000020.
2. 
3. On November 5, Ms. Soro sent an email of the same production now labeled CONFIDENTIAL superseding the one from the day before. The documents bates labeled ORTHO_000001-000020 , CONFIDENTIAL are the ones we mailed on the flash drive via overnight delivery.
4. 
5. On November 7, Ms. Soro served our second supplemental production for documents bates labeled ORTHO_000021-000022, which included the complete chart.

I have attached the relevant emails to this message in case you are unable to locate them.

We will provide a response to your additional requests and statements within the next few days.

Best,
Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306

6 of 17

**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303



Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Monday, November 10, 2025 at 2:02 PM
**To:** Arielle Frank <afrank@fellab.com>, Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am copying and pasting your last email of 11/7 below to keep everything in the same email chain.

1. When is the full chart going to be produced?

2. I did not agree to use declarations in the place of deposition testimony.  The unilateral provision of declarations appears to be OSSP's attempt to avoid further cross-examination on these issues.

3. The documents that have been produced to date range in bates numbers from ORTHO_000001 to ORTHO_000020.  Those documents consist of the  shorter 5902 line chart, and 19 check images.  I have not received any documents with bates numbers beyond ORTHO_000020, and have specifically not received a document numbered ORTHO_000022. Below is a screenshot of the files that have been produced to date. Please provide all additional materials, including ORTHO_00022.  My office received a disk from your office on Friday via FedEx, but the files were corrupt and would not open. Please confirm what was on that disk.  The file links we have been using are accessible, no need to mail a hard disk.



4. I did not appreciate that OSSP was able to pull up checks from law firms.  Part of the discovery that we have been seeking for quite some time now was the amount of money OSSP has received from the Witherite Firm (or its related companies) over the time period that Norrington has been treating with OSSP.  OSSP has taken the position that it does not track that information, though that is still being flushed out. Now that I see you all can produce the checks, I ask that OSSP produce the checks and other forms of payment from all law firms over the last four years.  My client will bear the cost of scanning those and OCRing the data.  This would be done pursuant to the existing protective order.  Please let me know if that is agreeable.

5. Please provide a W9, let me know how you want the check made payable, and to where it should be sent, and I will get that issued.

Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/fadd68e3/n_ihpcU1GU2dQuJHUVK14A?u=http://www.odmclaw.com/

**From:** Arielle Frank afrank@fellab.com
**Date:** Friday, November 7, 2025 at 4:11 PM
**To:** Clay O'Daniel codaniel@odmclaw.com, Amy Soro asoro@fellab.com, jeffrey.beaird@witheritelaw.com jeffrey.beaird@witheritelaw.com, kelli.byers-hooper@witheritelaw.com kelli.byers-hooper@witheritelaw.com, William Weston wweston@odmclaw.com, msessions@mkblawfirm.com msessions@mkblawfirm.com, KPB@mkblawfirm.com KPB@mkblawfirm.com
**Cc:** Hank Fellows hfellows@fellab.com, Yasha Heidari yasha@hplawgroup.com
**Subject:** Re: Norrington v. Blair Logistics LLC, et al., Civil Action Case No. 1:22-cv- 00441-MLB, U.S. District Court for the Northern District of Georgia

Clay,

To respond to your specific points:

(1) You're correct.  We will produce the correct chart to all Parties.

(2) Although we previously satisfied all our obligations in the prior deposition, you raised some concerns based on matters outside of your topic list.  Accordingly, we have provided you with two additional declarations that should answer your questions and conclude the matter.

(3) The series of scanned checks are part of the "logging" process that you are referencing. Stephanie Anthony is one of the individuals in the billing department who will enter the scanned checks, which is part of the "logging" process that you're referencing as part of "step one". Additionally, we are producing an example of how the checks, as Stephanie Anthony uses the terms, are "recorded and logged" through an additional document. *See* ORTHO_000022.

(4) There is no significance to those checks.  They were taken as part of a random day of checks that were recently "logged" so that you could see a sample of the "log" that you are requesting.

(5) That is correct.  We are requesting payment for this. We would ask that Ortho be reimbursed at $150 an hour for an amount of $937.50.

Best,
Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303



Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Wednesday, November 5, 2025 at 2:36 PM
**To:** Arielle Frank <afrank@fellab.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

I am in the process of reviewing the supplemental materials that you all produced yesterday evening, as well as the additional production you sent at 1:39 PM today, and I have several questions.

1. Per the below discussion, it was my understanding that OSSP would be producing the full version of the original ECW chart (containing approximately 89,000 lines of data). But the supplemental production you provided contained a chart with only 5902 lines of data, which appears to be identical to the last ECW chart you all produced in September.  The subsequent production sent today contains the same identical 5902 line document.   If I am reading Ms. Beltzhoover's recently provided declaration correctly, she indicates that she has provided the updated Original report to your office.  As discussed below, Judge Brown ordered that OSSP produce the full version of the original chart, but that still has not occurred.

2. I have not received anything further regarding our discussion below on additional deponents concerning the payment processing.

3. I did not see where a copy of the payment ledger/log was produced.  Mr. Maselli testified in the 4th 30(b)(6) deposition that payments are 1) first logged and then 2) given to the billing department to enter payments in to ECW.  (4th 30(b)(6) Depo. 16:20-22; 21:13-19; 23:13-24:10.) I am in receipt of the declaration of Stephanie Anthony, who I note was not one of the people listed in the 4th 30(b)(6) deposition who handle the step one payment processing.  She states that she works in the billing department, and part of her work is inputting payment information into ECW. All of that fits into step two of the payment processing, not the logging in step one.  I take that to mean that OSSP is refusing to produce that log/ledger.  Let me know if I am not correct.

4. A series of 19 checks from law firms were produced by OSSP (ORTHO_00002 to ORTHO_00020) without explanation.  Please provide an explanation of what significance those 19 checks in particular have.  Also, please advise as to how OSSP went about recalling those checks, including what internal system or third party vendor was used.

5. Paragraph 10 of Ms. Beltzhoover's declaration indicates that she has spent 6.25 hours generating reports.  At the last hearing we discussed my client possibly paying for Ms. Beltzhoover's time, however OSSP has not requested payment. Please confirm whether you are asking for payment to reimburse Ms. Beltzhoover's time, and if so, the amount you are requesting.

Clay S. O'Daniel
O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/fadd68e3/n_ihpcU1GU2dQuJHUVK14A?u=http://www.odmclaw.com/

---

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Friday, October 31, 2025 at 3:39 PM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Good afternoon Clay,

We will have a formal response and documents by Tuesday of next week.

Best,
Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303


Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Friday, October 31, 2025 at 1:45 PM
**To:** Arielle Frank <afrank@fellab.com>, Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Following up on the below . . .

Clay S. O'Daniel

O'Daniel ǀ McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/7acb50f9/jdeTFLCyy0WtYy4oV0OZxw?u=http://www.odmclaw.com/

---

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Friday, October 24, 2025 at 9:51 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay,

We will have a formal response and provide you with documents by next week.

Best,
Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303

  Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Thursday, October 23, 2025 at 3:56 PM

**To:** Arielle Frank <afrank@fellab.com>, Matt R. Sessions <msessions@mkblawfirm.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Arielle, et al

Circling back on the below, as well as the discussions during our follow up  Zoom conversation of 10/16/25.

1. Please advise as to the status of the production of the updated ECW report discussed below.  When will that report be produced?
2. We discussed OSSP possibly offering additional persons to further testify in another 30(b)(6) deposition concerning OSSP's payment processing.  As part of our discussions on that, I asked OSSP to identity who they would be offering for that testimony.  Please advise as to what individual(s) OSSP would be willing to make available for that.
3. I have requested that OSSP produce a copy of its payment ledger/log. I understand you were going to discuss that with your client and get back.  Please advise as to the status of that discussion.

Clay S. O'Daniel
O'Daniel | McDonald
9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/c800cb99/GMIsGayHlkuwx73e9hGxHg?u=http://www.odmclaw.com/

---

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Tuesday, October 14, 2025 at 10:39 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, "Matt R. Sessions" <msessions@mkblawfirm.com>
**Cc:** "E. David Szczepanski" <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay and Matt,

Thank you for engaging in a productive conversation yesterday. As agreed on the call:

1.  Yasha, Hank, and I will coordinate with OSSP to provide you with a complete ECW report that covers all OSSP locations.

2.  We will reconvene for a follow-up Zoom conference on Thursday, October 16, at 10am to address any outstanding concerns.

Best,

Arielle



**Arielle Frank**
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303



Celebrating 30 years of representing clients in complex litigation.

---

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Thursday, October 9, 2025 at 1:18 PM
**To:** Arielle Frank <afrank@fellab.com>, Yasha Heidari <yasha@hplawgroup.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Matt R. Sessions <msessions@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Happy to jump on a conference call. How does Monday at 3:00 pm work?

Clay S. O'Daniel

O'Daniel | McDonald

9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/2de16d7f/VqkB19GlSk6N_RiMczBhqw?u=http://www.odmclaw.com/

**From:** Arielle Frank <afrank@fellab.com>
**Date:** Thursday, October 9, 2025 at 10:34 AM
**To:** Clay O'Daniel <codaniel@odmclaw.com>, Yasha Heidari <yasha@hplawgroup.com>
**Cc:** E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Matt R. Sessions <msessions@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>
**Subject:** Re: Norrington - 4th 30(b)(6) and incomplete ECW Report

Clay,

Thank you for your email. We disagree with your contentions but would like to have a Zoom video conference early next week in an effort to resolve the discovery issues you have raised.

Please let us know your availability.

Best,
Arielle



### Arielle Frank
Associate | **Fellows LaBriola LLP**

**Main:** 404.586.9200 | **Direct:** 404.586.2038 | **Cell:** 215-370-7306
**Email:** afrank@fellab.com | **Bio** | **vCard** | **LinkedIn**
**Address:** 233 Peachtree St NE, Suite 2400, Atlanta, GA 30303


Celebrating 30 years of representing clients in complex litigation.

**From:** Clay O'Daniel <codaniel@odmclaw.com>
**Date:** Tuesday, October 7, 2025 at 2:02 PM
**To:** Yasha Heidari <yasha@hplawgroup.com>
**Cc:** Arielle Frank <afrank@fellab.com>, E. David Szczepanski <eds@dhlawteam.com>, Hank Fellows <hfellows@fellab.com>, Evan Smith <evan@hplawgroup.com>, William Weston <wweston@odmclaw.com>, Kevin Branch <kpb@mkblawfirm.com>, Matt R. Sessions <msessions@mkblawfirm.com>, Jeffrey Beaird <jeffrey.beaird@witheritelaw.com>
**Subject:** Norrington - 4th 30(b)(6) and incomplete ECW Report

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yasha,

I am writing to follow up on several outstanding issues that still remain after the recent 4th 30(b)(6) of OSSP in this case.  I was alarmed to hear that Mr. Maselli did not personally prepare for the 30(b)(6) deposition, but instead simply went off a script that someone else had prepared.  He did not personally meet with or speak to anyone at OSSP concerning the topics.  He did not investigate whether any non OSSP third party entities handle payments on behalf of OSSP.  He had no idea who prepared that script, and he did not investigate how payments were processed by OSSP, including what constituted the ledger/logging system that he acknowledged OSSP uses for payments.  OSSP has testified at least three times in this case that it has a processing department that handles payments, including specific live testimony regarding same before Judge Brown at the evidentiary hearing.  However, Maselli showed up to the deposition denying that OSSP even has a processing department.  This is all unfortunately yet another example of OSSP providing inconsistent answers to questions under oath, and further not properly preparing for what is now four separate 30(b)(6) depositions in this case.

The entire purpose of this fourth 30(b)(6) deposition was to address how OSSP handles payments, a topic that OSSP has been aggressively dodging throughout this whole experience.  Mr. Maselli acknowledged there is some form of ledger/logging that is done of payments, but he did not look into, nor could he explain, what that was or how it existed.  In the short term, I ask that OSSP produce a copy of its payment ledger/log by Tuesday 10/14.

Additionally, I wanted to address continuing issues with the eClincialWorks reports that OSSP has produced to date.  At the end of the evidentiary hearing you provided a 1,153 page printout in .pdf format from ECW (equivalent to approximately 89,000 lines of data).  However OSSP selectively omitted several fields from the form report when it was converted it into a .pdf, including the Payee and Change in AR fields.  After numerous follow-ups and an additional hearing before Judge Brown, you provided what was supposed to be the same report in excel format, but this time with the missing fields.  After reviewing the excel report that you provided, it did include the missing Payee and Change in AR fields, but the report was only 456 pages covering 5,902 lines of data.  That is about 7% of the lines of data in the original report – a very small fraction of the full report that you were supposed to provide.  Accordingly, I further ask that OSSP provide the excel version of the full report, with the missing fields, by Tuesday 10/14 as well.

I look forward to your prompt response, and I am of course happy to schedule a call to discuss any of this should you so desire.

Clay S. O'Daniel
O'Daniel | McDonald
9040 Roswell Rd., Ste. 500
Atlanta, GA 30350
Ph: 404-419-6300
Fax: 404-419-6301
codaniel@odmclaw.com
https://link.edgepilot.com/s/cc8ae576/gnsVugiKA0S0h3tlMTq-Kg?u=http://www.odmclaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.