The following is the PDF of an official transcript. Official transcripts may be filed in CM/ECF only by the Official Court Reporter and will be restricted in CM/ECF for a period of 90 days.

You may cite to a portion of the attached transcript by the docket entry number, referencing page and line number, only after the Court Reporter has filed the official transcript; however, you are prohibited from attaching a full or partial transcript to any document filed with the Court.

- - -

Stenographic Court Reporter Note: No AI technology was used in the preparation of this Official Certified U.S. District Court transcript.

- - -

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


ALFRED NORRINGTON,                )
                                  )
            Plaintiff,            )
         v.                       )   CIVIL ACTION
                                  )   FILE NO. 1:22-CV-00441-MLB
                                  )
BLAIR LOGISTICS, LLC, ET AL.,     )
                                  )
            Defendants.           )
_____   )



-----------------------------------------------------------------

BEFORE THE HONORABLE MICHAEL L. BROWN
TRANSCRIPT OF PROCEEDINGS
DECEMBER 10, 2025

-----------------------------------------------------------------




Proceedings recorded by mechanical stenography
and computer-aided transcript produced by


JANA B. COLTER, FAPR, RDR, CRR, CRC
Realtime Systems Administrator
Official Court Reporter
1949 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 215-1456


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

APPEARANCES:

For the Plaintiff:          JEFF BEAIRD
                            Attorney at Law

For Blair Logistics:        CLAY O'DANIEL
                            MATT SESSIONS
                            Attorneys at Law


For Ortho Sport & Spine:    YASHA HEIDARI
                            ARIELLE FRANK
                            HANK FELLOWS
                            Attorneys at Law

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

&mdash; &mdash; &mdash;

P R O C E E D I N G S

(Atlanta, Fulton County, Georgia, December 10, 2025, in open court.)

THE COURT:  All right.  We're here for *Norrington v. Blair Logistics*.

May I have appearances starting with counsel for the plaintiff?

MR. BEAIRD:  Your Honor, Jeff Beaird for the plaintiff.

THE COURT:  And for the defendants?

MR. O'DANIEL:  Clay O'Daniel on behalf of the defendants.

THE COURT:  And for --

MR. SESSIONS:  And Matt Sessions as well, Your Honor.

THE COURT:  And for Ortho?

MS. FRANK:  Arielle Frank, Yasha Heidari and Hank Fellows.

THE COURT:  I low-key kind of can't believe we're back here again, but I will just assure you I will not run out of energy first on this issue, so if there's any thought about playing out the clock or playing out the patience, that's not me.

I read the papers.  Is it true that at the fourth deposition the person from the second and third deposition was the designee?

MS. FRANK:  Your Honor, if I may.

Mike Maselli, Mr. Maselli was the representative at the fourth deposition and he had been deposed before.

THE COURT:  And remind me who Mike Maselli is.  Is he the neighbor?

MS. FRANK:  He is the head of -- do you mind if -- I have a visual aid as well.

THE COURT:  That's fine.  Who is he?

MS. FRANK:  So he is the head of growth -- the chief -- the chief growth officer.

THE COURT:  For?

MS. FRANK:  For Ortho Sports.

THE COURT:  And when did he assume that position?  He's not the neighbor?

MR. O'DANIEL:  He's not the neighbor, Your Honor.  The neighbor is actually a different case.  The first case was a worker's comp attorney in this case.

THE COURT:  Oh, right.  It was a worker's comp attorney.  This is not that guy?

MS. FRANK:  No.

THE COURT:  When did Mike Maselli join Ortho?

MS. FRANK:  He's been at Ortho Sport & Spine for a

number of years at least.

THE COURT:  Before this litigation?

MS. FRANK:  Around ten years, yes.

THE COURT:  Okay.  And did he really admit that he had not met with the anybody to prepare but rather was provided a script that he found sitting on his desk?  Is that what he said?

MS. FRANK:  In his prior depositions, he had explained that he met over a period of weeks with multiple individuals from Ortho Sport & Spine.

At this deposition, he did state that at the deposition, that he worked through an outline and he worked through it with counsel.

THE COURT:  Who gave him the outline?  He found it sitting on his desk and didn't know who prepared it?

MS. FRANK:  Collectively, we worked with Ortho Spine to gather the requested information and worked with Mr. Maselli to ensure that he was aware of everything.

THE COURT:  Was he able to answer the questions?

MR. O'DANIEL:  No, Your Honor.  And he -- he acknowledged he had no idea who the contributors were.  I've got a copy of the transcript right here.

Importantly, you know, one of the donut holes that we found after the hearing we had before the Court, the evidentiary hearing, was there's kind of a two-step process on

their payments they get.  At some point, the --
Faith Beltzhoover, who testified, indicated they'd go into their eClinicalWorks platform, but there's also what she described as a processing department that happens outside and before her.  So we asked about accounting in the third deposition.

THE COURT:  Right.  And then he said -- he said he knew nothing about processing, even though you had found from another witness that they do have a processing department?

MR. O'DANIEL:  Correct.  And on the fourth one he says --

THE COURT:  Do you disagree with that?

MS. FRANK:  I would disagree with that, Your Honor. I actually do have a presentation that presents the 30(b)(6) topics, Mr. Maselli's responses to those specific topics from the transcript.

And while there is some language in prior depositions about a processing department, it was quickly cleared up that that's not the title of the department that actually deposits the checks.  But Mr. Maselli was able to give an explanation of exactly what they do and didn't let the title of the department get in the way of whether or not he could provide that explanation.

MR. O'DANIEL:  There's concerns with semantics going on here.  After I'm using their own terminology -- this was

after we said -- after the third one they didn't prepare for, all right, Mr. O'Daniel, spell it out for them exactly what they need to prepare for, for this deposition.

I went back through the transcript. She used the word processing department. Tell me who handles this processing department. Tell me what they do. And there's acknowledgment of a log and processing of these checks somehow.

And he couldn't speak to anything about what is the log? Where does it exist? What does it show? Does it track attorneys' information? He didn't know because he never looked at it.

And that's the big thing we've been going after now most recently, now the last two 30(b)(6) depositions on this very narrow issue. And then after we meet, after the last one, you know, I'm pointing this out and they hand me two declarations trying to avoid further testimony on this of people that are in the step two world of who put it in eClinicalWorks, not in the step one world.

And we're given a highly redacted chart that looks totally incomplete. And I've got no idea what it is. This is after the deposition I'm given this and haven't been allowed to ask questions. In addition to 19 law firm checks that they produced that don't match up with the dates on this chart.

So we know now interestingly they can produce checks

from law firms. So one solution to this is for them to give us the Witherite checks, because that's what this whole stem of questioning flows through that we've been asking for for two years now.

MS. FRANK: Your Honor, I have a copy of the log and the scanned checks as well as the declarations with me, if that would be helpful for you -- for Your Honor to review.

THE COURT: Does he have the checks?

MS. FRANK: He does. We've produced them.

THE COURT: Does he have the Witherite checks?

MS. FRANK: So we produced a random assortment of checks as an example of how the deposit process works. It's a very straightforward process, which is why we thought it would be easiest to produce a visual aid so that defense counsel could understand how this works, so --

THE COURT: Are these payments that the law firm -- I'm sorry, that Ortho receives from the law firm for expert testimony? Is that why the law firm is paying them?

MR. O'DANIEL: It's settlement of negotiations of --

THE COURT: Oh, right, of course.

MR. O'DANIEL: -- what's owed on bills that are sent and --

THE COURT: Witherite is settling the claims and then paying the treating physician?

MR. O'DANIEL: Right. And the big picture of this is

the number billed is much different than what is ultimately being paid.

THE COURT: The number of bills is very different from what's being paid. The claim --

MR. O'DANIEL: Right.

THE COURT: -- being that they are exaggerating bills in order to try to help maximize recovery at trial beyond what the actual medical expenses are?

MR. O'DANIEL: Precisely.

THE COURT: All right. Let's do this. I think he ought to get the checks.

You want the checks?

MR. O'DANIEL: I do.

THE COURT: I'm going to order them to produce the checks. Have you asked for them already?

MR. O'DANIEL: I have asked for them.

THE COURT: If you haven't, give a subpoena out and get them. All right?

And then why don't we just have a hearing. Why don't you -- Mr. O'Daniel, why don't you file a motion for a hearing, perhaps on your -- you wanted to file something on sanctions or something like that, something that will allow you to have an evidentiary hearing. And we'll just have an evidentiary hearing. And you subpoena the people from OSSP that you want to come and we'll just -- you can do the

deposition -- you can do it as part of a hearing here.  Okay?

That way we'll all be together, I can hear from the witnesses, you can subpoena documents and witnesses and other things that you might want.  That might be the best way to get there.

MR. O'DANIEL:  I think it absolutely is.

THE COURT:  But it just seems like -- it seems like -- I do not get the sense that Mr. O'Daniel is tilting at windmills or that he is trying to do more than he ought to do.  We're focused on this law firm in this case.  I know that maybe at one time he was thinking about another case that maybe he had or somebody else had and y'all cited me other cases that tried to do this.  I don't think he's off on that kind of errand right now.

MS. FRANK:  So --

THE COURT:  And to add another literature reference, I kind of feel like me think the lady doth protest too much in a relatively simple issue.  How much are you billing?  How much are you collecting?  Is there a difference?  And we're now in like year three of discussing it.  I would be naive not to be like what's going on here.  So let's just have a hearing.  If you can file -- you wanted to file a motion for sanctions?

MR. O'DANIEL:  Correct, Your Honor.

THE COURT:  File that.  And it will allow you to

prove the delta between what you've been told and what you should have been told, right?

MR. O'DANIEL: Correct.

THE COURT: And the way to do that is to find out what you should have been told. And we'll just do it -- you send me some dates that y'all want to do it in January, and we'll do it in January. Unless y'all want to do it late next week. I could do that, too.

MR. O'DANIEL: I prefer January.

THE COURT: Okay. Y'all pick some dates in January. File your motion ahead of time so they know what you're looking for. File your motion for sanctions.

And I want it short. I don't want to go through a lot of this. You can do post-trial, post-hearing, you can file a motion, too, if you want.

But just lay out what you believe they've done, and that you want a hearing on your motion for sanctions and we'll have that hearing. And then you can issue subpoenas for witnesses and documents ahead of that. Does that make sense?

MR. O'DANIEL: Just to clarify, on the motion, I would like to highlight the 30(b)(6) at least deps that have not been done in this case as a part of that.

THE COURT: That's fine.

MR. O'DANIEL: Okay. It will take just a little bit of space to do that.

THE COURT:  I don't need 10 or 15 pages and 10 or 15 pages for something that we're all going to get in here and talk about.  Okay?

Does that make sense to everybody?

MR. BEAIRD:  Yes, Your Honor.

THE COURT:  Any questions about the process?

MS. FRANK:  Your Honor, I first wanted to bring it to the Court's attention that we only have 30 days of checks, because Ortho Sport doesn't retain checks past a 30-day period, so would it be okay if Ortho Sport produces what we have?

THE COURT:  So 30 days' worth of checks?

MS. FRANK:  Um-hmm.

THE COURT:  You've got to be able -- certainly you know what you've been paid before that, right?

MS. FRANK:  So the issue that has come up previously is that we -- Ortho Sport, our client, does not track the amount of money that comes from a particular type of payor. So they'll put the patient's name, but they won't pay -- put that it was paid by X law firm.

THE COURT:  Does the Witherite Firm have that information?

MR. BEAIRD:  Your Honor, I would assume that with regards to specific patients, there may be, an accounting standpoint, there may be specific -- again, if we're talking

about -- which is our primary concern, that this is just opening up four years of every check that we've ever written to OSSP.

THE COURT:  Well, I think right now it is.

MR. BEAIRD:  Well --

THE COURT:  I think at least we're there now because we're trying to figure it out.  That doesn't mean it's relevant or introducible as evidence.

MR. BEAIRD:  Agreed.  Yes, Your Honor.

THE COURT:  But I think you may have to -- unless there's a claim of privilege, which I can't imagine sending a check to a treating physician on behalf of a client is privileged, then just get the checks from the firm.

MR. O'DANIEL:  Yep.  I'll do a subpoena that way, too.

THE COURT:  Okay.  Anything else anybody wants to talk about?

MR. O'DANIEL:  One point of information, we've got an expert report that we're working on producing in regard to the information that's produced in eClinicalWorks to date.  Briefly, at the end of the evidentiary hearing, we were first given a report ceremoniously dumped right here of a PDF.

THE COURT:  I know.  And then you got one that was much smaller and limited.

MR. O'DANIEL:  And then we just dumped a huge one

that we're processing, but the -- I still don't know what that first one was.

And it's supposed to have been, the way our request was, limited to Mr. Norrington's CPT codes, Mr. Norrington's places of treatment, roughly 89,000 lines of data, then we we're given one 5,902 lines of data.  I still don't know what that first one is and I'm concerned there's something I'm missing.  So I was hoping to get clarification on that for purposes of coordinating with our expert to finalize any report they're trying to do.

THE COURT:  Can anybody tell me the answer to that question?

MR. HEIDARI:  Sure, Your Honor.  And I'll answer that question and I'd like to add something else as well.

So I understand that depending on how the report is returned will designate how many lines come out of the report, so if I run the report and specify I want this report organized by all genders of people, you'll have two lines, male, female, if you say I want it by location, it will be by location, if you say you want it by patient, it will be by patient, so depending on how you run the report will determine how many lines items come out and how it's categorized, so that's the answer to your question.

And that's at least part of one of the issues with these things.  My client keeps running these reports, which we

don't run in the ordinary course of business, because the other side's giving us line item requests and instructions and we're doing so and we're producing them.  And then there's more questions arising.  We're just following their instructions.

One of the reasons why I brought in co-counsel in this is because I thought that I needed to step out because I was like maybe my perspective is too involved with all of this.

And so like in the last deposition, there was 14 topics that were requested to be discussed.  And I thought that was a little excessive, but I also thought it was a blessing in disguise, because if you have those 14 topics, you can go through and prepare for each of those.  And that's what Mr. Maselli did.  He was well versed and he was able to answer and go into detail for all 14 of those topics.  And if we go through the deposition transcript and look at every single question, he'll have answers for all of them.

Where we're getting into issues is after the fact, they come and ask other questions that are outside those list of topics.  And that's why we came up with the idea of providing a declaration or declarations to sort of fill in the gaps that -- not because Mr. Maselli wasn't prepared, not because they were within those topics we couldn't address, but as an effort to just put this behind us.  And that's where we

stand and that's our perspective of this matter.

THE COURT:  Mr. O'Daniel, are you expecting too much?

MR. O'DANIEL:  What is -- what is recorded when the checks are logged and how is that done?

I don't know the recording process.  I just know the amount of check and the date it was received when it was recorded in the patient's account.  Which, again, is -- that's the eClinicalWorks part, it ignored the first part of this processing question, which we've been asking now in two depositions.

I mean, again, we can put this in the motion and outline it, but I would take exception with him preparing by sitting at his desk finding a script and going off it, and we can show did not answer every question accurately.

THE COURT:  Okay.  All right.  I don't know how to get you the answer to what's on the code or what's on the lines.  It sounds like that you can't say it had 80 and now it had 59,000 and that means something.  Maybe you just can't draw that presumption from that.

But do you think you have everything regarding your client?

MR. O'DANIEL:  Do I think I have everything regarding my client?

THE COURT:  That report is all about your client -- I'm sorry, about Mr. Norrington, the plaintiff?

MR. O'DANIEL:  No, no.  We have Mr. Norrington's stuff.  This is all patients that have the same -- well, it was supposed to be all patients that have the same CPT codes in the same locations that Mr. Norrington treated at.  And that --

THE COURT:  You wanted to show a difference in cost?

MR. O'DANIEL:  Right.  Show whether they're charging everybody the same, one.  And if they're charging certain procedures more for litigated patients than non-litigated.

THE COURT:  And why can't you show that?

MR. O'DANIEL:  Well, I think we can.  I just want to make sure I'm showing them with a complete set of data.

THE COURT:  Okay.  Well, they've given you what it is.  And if your expert processes it and then they come back and they say it's not that, you're missing it.  Well, then you can move for additional expert discovery, I guess.

But I don't know.  It seems like what you want me to do is you want me to help you validate your interpretation of the data or your expert's interpretation of the data.

MR. O'DANIEL:  Not you, Judge.  I was hoping somebody --

THE COURT:  Yes.

MR. O'DANIEL:  Well, that was part of --

THE COURT:  You want me to force them to say that you've got it the right way.  I can't do that.  The only way

you can do that is by letting your expert say what he thinks and letting them say whether they think your expert's wrong. And then if your expert says, hey, I thought it was because I got this and this is what we asked for, you might have a right to say, you know, my expert was relying upon something that they gave us that wasn't what they told us it was. I don't know.

MS. FRANK: Your Honor, I'd just like to say, to make it clear, that our client has always been happy to provide defense counsel with anything that they've requested. We've engaged in discovery for 33 months and --

THE COURT: You see, I don't agree with your -- I know it's been a long time. But I don't agree with your claim that they've always been willing to do that. And I am trying my best to move this along. And I know it's been a long time. The email that my law clerk sent me with this says things like it's been going on two and a half years, we issued summary judgment ten months ago and all of this stuff.

But reluctantly, they don't have what they think -- what we think they're entitled to. And so I am -- I feel for your client. I feel for you. I know they probably want you to get it over with. But I must -- I must disagree with your claim that they've always been willing to give everything. But the rest of it, I agree with. Go ahead.

MS. FRANK: Thank you, Your Honor.

We respect your point of view on the matter.  And I think our client is happy to provide what we need to tie a knot on the issue.

THE COURT:  Well, that's exactly what I would like to do.

MS. FRANK:  Yes.

THE COURT:  And I just think that maybe a hearing where we can have all of it aired might be the end of it.  It will allow me to determine whether or not there's more there that needs to be gone after.  Or whether what you say is right, that he keeps moving the goal post.  I'll listen to that and I'll listen for all of it in that regard.

But I do also want to get this over with.  I don't think I've had a case that's had this kind of languishing issue like this.  And I never think that helps any of the litigants in the end.

Yes, sir.

MR. HEIDARI:  Your Honor, I just wanted to note a second ago you were asking like have we provided everything pertaining to this patient, and that has been long ago.  But like these reports we're talking about that we've produced of every single patient at all of Ortho's 60 locations, so these are vast amounts of data that they're requesting and that we've been turning over.  It's been very extensive and --

THE COURT:  Yes.  But my understanding is what he's

trying to say is the medical expenses that should be paid are reasonable medical expenses.

And he thinks, the defendant thinks that I guess the billed amount -- I'm going to get the terminology wrong -- but the first claim of what the medical expenses are inflated because that's not what the doctors actually expect they will recover.

Is that essentially it?

MR. O'DANIEL:  That's precisely it.

THE COURT:  And so I think while it may be a lot of data about a lot of patients, I believe it's limited to the type of service that Mr. Norrington had in the geographic area that Mr. Norrington had it, so that you can compare apples to apples.

You shouldn't expect the defendant to pay a premium if the actual medical expense is less.  Right?

I mean, everything's got a markup and maybe some markup's okay, we'll see.  But if it is true that the demand for medical expenses is far in excess of what anybody would think the real value of those medical expenses are, he's entitled to know that.

MR. HEIDARI:  And they have all that data.  They've received all of that data.

THE COURT:  Well, that's what his expert is going to do.  His expert is going to do that analysis.  And you've said

they have all the data.  And we'll see when you have an expert analyze his expert's report whether your expert says he has all the data or whether his expert said not.  I don't know.  I think that's the process, though, to work it out.  I don't think I can do an advisory opinion about whether you've been given everything.  I don't know.

MR. O'DANIEL:  That wasn't my intention.

THE COURT:  I know it's not.  I'm not in the weeds enough to go and look at it.  I can't ask 15 questions to try to determine whether or not it's got -- they've told you -- you were clear in what you asked for.  They're clear that they've given you that.  So if it's different on either side later, we'll be able to figure it out.

But I think that's the way to do it.  Okay?

MR. O'DANIEL:  From a deadline standpoint, Your Honor, I think our pretrial conference is currently due next Friday -- or pretrial order.

THE COURT:  Yes.  We'll have to put all of that off.

MR. O'DANIEL:  Okay.  All right.

THE COURT:  Yes.  We'll set that deadline when we resolve this issue.

MR. O'DANIEL:  And then one final thing, Your Honor, and I hope I'm wrong on this, but in reviewing the submissions that were put before the Court, it appears to me that the second -- the third to last paragraph that was cited and

submitted as the three-page statement in this case was an AI-generated statement that I can't find any of these cases. And I've felt it my duty to report that, I guess.

THE COURT:  Say that again.

MR. O'DANIEL:  The November 24th, 2025, Document 204.

THE COURT:  Yes.

MR. O'DANIEL:  The third to last paragraph in preparing for the hearing today, I tried to review these cases, which I think try to state for the proposition that the stuff we're asking for is not discoverable, it cited ML Healthcare, which I didn't recognize that case to say that and I don't think the citation does say that.

But then there's a string cite of four cases, Bolin v. State Farm, Mut. Auto, Brown v. Tallahassee, Chiropractic Care P.A., and then Smith v. Royal Caribbean Cruises.  And I couldn't find any of those cases by the citation or by a search of their name.  I use Lexis and usually that pulls up the Westlaw cite.  Mr. Sessions has Westlaw, tried to put the Westlaw cite in and it didn't pop up there, so -- and, again, I hope I'm wrong, but that's something that I was concerned about.

THE COURT:  Anybody want to say anything about that?

MS. FRANK:  Mr. O'Daniel --

MR. O'DANIEL:  Yes.

MS. FRANK:  -- which statement are you referring to?

MR. O'DANIEL:  It's that paragraph --

THE COURT:  I think it's the plaintiff's statement.

MS. FRANK:  Which statement is it?

MR. O'DANIEL:  It's the plaintiff's statement that was subsequently filed after our initial two-part statement was filed.

THE COURT:  Anything plaintiff wants to say about that?

MR. BEAIRD:  No, Your Honor.  If the citations are incorrect in any way, I apologize.  This was not in any way intended to do anything except for to continue to bolster our position.  And if the citations are wrong, the citations will be -- should be omitted.

THE COURT:  All right.  Well, I don't know whether they're right or wrong.  Yes, you read from time to time that AI just makes up citations when they want to and it is not a good idea.  And I hope they're teaching people in law school that.  Every time I read in the paper somebody that filed something or I think recently a court put something out with fake cases, I get with my law clerks and I say that better never happen to us.

MR. BEAIRD:  But, Your Honor -- and, I would say, again, 30 years I've been practicing, it's not my intention to ever deceive the Court in any way.

THE COURT:  I know.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

24

MR. O'DANIEL:  And I'm not contending that was the case.

THE COURT:  I know.  But if it happened, you ought to be careful about it.

MR. BEAIRD:  Yes, Your Honor.

THE COURT:  I'm not going to make anything else on it.  But if it happened, you ought to be careful about it.  That's an easy way to get your name in the paper in a bad way.

MR. BEAIRD:  Yes, Your Honor.

THE COURT:  Okay.  All right.  Thank you.

MR. BEAIRD:  Thank you.

(Whereupon, the proceedings were adjourned at 2:33 p.m.)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

REPORTERS CERTIFICATE

I, Jana B. Colter, Official Court Reporter for the United States District Court for the Northern District of Georgia, with offices at Atlanta, do hereby certify:

That I reported on the Stenograph machine the proceedings held in open court on December 10, 2025, in the matter of *Alfred Norrington v. Blair Logistics, et al.*, Case Number 1:22-CV-00441-MLB; that said proceedings in connection with the hearing were reduced to typewritten form by me; and that the foregoing transcript is a true and accurate record of the proceedings.

This the 30th day of December, 2025.


                                    _____
                                    /s/ Jana B. Colter, FAPR, RDR, CRR, CRC
                                            Official Court Reporter

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**MR. BEAIRD: [10]** 3/1112/512/2313/5 13/923/923/2224/524/924/11
**MR. HEIDARI: [3]** 14/1319/1820/22
**MR. O'DANIEL: [39]**
**MR. SESSIONS: [1]** 3/17
**MS. FRANK: [24]** 3/194/44/94/124/15 4/234/255/35/85/166/138/58/98/1110/15 12/712/1312/1618/818/2519/622/23 22/2523/3
**THE COURT: [71]**

**-**

**-- being [1]** 9/6
**-- what's [1]** 8/21
**-- which [1]** 22/25

**/**

**/s [1]** 25/18

**1**

**10 [5]** 1/133/412/112/125/8
**14 [3]** 15/1015/1315/16
**1456 [1]** 1/23
**15 [3]** 12/112/121/9
**19 [1]** 7/23
**1949 [1]** 1/21
**1:22-CV-00441-MLB [2]** 1/625/10

**2**

**2025 [5]** 1/133/422/525/825/14
**204 [1]** 22/5
**215-1456 [1]** 1/23
**24th [1]** 22/5
**2:33 [1]** 24/13

**3**

**30 [6]** 6/147/1411/2112/812/1223/23
**30-day [1]** 12/9
**30303 [1]** 1/22
**30th [1]** 25/14
**33 [1]** 18/11

**4**

**404 [1]** 1/23

**5**

**5,902 [1]** 14/6
**59,000 [1]** 16/18

**6**

**60 [1]** 19/22

**7**

**75 [1]** 1/22

**8**

**80 [1]** 16/17
**89,000 [1]** 14/5

**9**

**90 [1]** 1/4

**A**

**able [5]** 5/196/2012/1415/1521/13
**able -- certainly [1]** 12/14
**about [20]** 3/236/56/86/187/910/1112/3 12/613/113/1716/2416/2519/2120/11 21/522/2122/2223/724/424/7

**absolutely [1]** 10/6
**account [1]** 16/7
**accounting [2]** 6/512/24
**accurate [1]** 25/13
**accurately [1]** 16/14
**acknowledged [1]** 5/21
**acknowledgment [1]** 7/7
**ACTION [1]** 1/5
**actual [2]** 9/820/16
**actually [4]** 4/196/146/1920/6
**add [2]** 10/1614/14
**addition [1]** 7/23
**additional [1]** 17/16
**address [1]** 15/24
**adjourned [1]** 24/13
**Administrator [1]** 1/20
**admit [1]** 5/4
**advisory [1]** 21/5
**after [12]** 1/75/246/257/17/17/137/15 7/157/2215/1919/1023/5
**again [7]** 3/2212/2516/716/1122/422/19 23/23
**ago [3]** 18/1819/1919/20
**agree [3]** 18/1218/1318/24
**Agreed [1]** 13/9
**ahead [3]** 11/1111/1918/24
**AI [3]** 1/1322/223/16
**AI-generated [1]** 22/2
**aid [2]** 4/108/14
**aided [1]** 1/18
**aired [1]** 19/8
**al [2]** 1/725/9
**ALFRED [2]** 1/425/9
**all [26]** 3/77/29/109/1810/212/214/18 15/815/1615/1816/1516/2417/217/3 18/1819/819/1219/2220/2220/2321/1 21/321/1821/1923/1424/10
**allow [3]** 9/2210/2519/9
**allowed [1]** 7/22
**along [1]** 18/15
**already [1]** 9/15
**also [3]** 6/315/1219/13
**always [3]** 18/918/1418/23
**am [2]** 18/1418/20
**amount [3]** 12/1816/620/4
**amounts [1]** 19/23
**analysis [1]** 20/25
**analyze [1]** 21/2
**another [3]** 6/910/1110/16
**answer [7]** 5/1914/1114/1314/2315/15 16/1416/16
**answers [1]** 15/18
**any [10]** 1/93/2312/614/919/1522/2 22/1623/1023/1023/24
**anybody [5]** 5/513/1614/1120/1922/22
**anything [7]** 7/913/1618/1022/2223/7 23/1124/6
**apologize [1]** 23/10
**appearances [2]** 1/233/9
**appears [1]** 21/24
**apples [2]** 20/1320/14
**are [18]** 1/87/188/168/219/69/810/18 10/1915/2016/216/419/2320/120/520/20 22/2523/923/12
**area [1]** 20/12
**ARIELLE [2]** 2/63/19
**arising [1]** 15/4
**Around [1]** 5/3

**as [12]** 3/174/106/48/68/68/1210/1 11/2213/814/1415/2522/1
**ask [3]** 7/2315/2021/9
**asked [5]** 6/59/159/1618/421/11
**asking [4]** 8/316/919/1922/10
**assortment [1]** 8/11
**assume [2]** 4/1612/23
**assure [1]** 3/22
**ATLANTA [4]** 1/21/223/425/6
**attached [1]** 1/5
**attaching [1]** 1/8
**attention [1]** 12/8
**attorney [3]** 2/24/204/22
**Attorneys [2]** 2/42/7
**attorneys' [1]** 7/11
**Auto [1]** 22/14
**avoid [1]** 7/17
**aware [1]** 5/18

**B**

**back [3]** 3/227/417/14
**bad [1]** 24/8
**be [25]** 1/21/38/78/1410/210/410/20 10/2112/1012/1412/2412/2514/1914/20 15/1117/319/819/1020/120/1021/13 23/1323/1324/424/7
**BEAIRD [2]** 2/23/11
**because [12]** 7/118/212/913/615/115/7 15/715/1315/2315/2418/320/6
**been [23]** 4/64/257/137/228/311/111/2 11/511/2212/1514/316/918/918/1318/14 18/1518/1718/2319/2019/2419/2421/5 23/23
**before [7]** 1/124/65/25/246/512/15 21/24
**behalf [2]** 3/1413/12
**behind [1]** 15/25
**being [3]** 9/29/49/6
**believe [3]** 3/2111/1620/11
**Beltzhoover [1]** 6/2
**best [2]** 10/418/15
**better [1]** 23/20
**between [1]** 11/1
**beyond [1]** 9/7
**big [2]** 7/138/25
**billed [2]** 9/120/4
**billing [1]** 10/18
**bills [3]** 8/219/39/6
**bit [1]** 11/24
**BLAIR [4]** 1/72/33/825/9
**blessing [1]** 15/13
**Bolin [1]** 22/13
**bolster [1]** 23/11
**Briefly [1]** 13/21
**bring [1]** 12/7
**brought [1]** 15/6
**BROWN [2]** 1/1222/14
**business [1]** 15/1

**C**

**came [1]** 15/21
**can [19]** 7/259/2510/110/210/310/22 11/1411/1411/1814/1115/1416/1116/14 17/1117/1618/119/820/1321/5
**can't [8]** 3/2113/1116/1716/1817/10 17/2521/922/2
**Care [1]** 22/15
**careful [2]** 24/424/7

**C**

**Caribbean [1]** 22/15
**case [11]** 4/194/194/2010/1010/1111/22
19/1422/122/1124/225/10
**Case Number [1]** 25/10
**cases [6]** 10/1322/222/922/1322/16
23/20
**categorized [1]** 14/22
**ceremoniously [1]** 13/22
**certain [1]** 17/8
**certainly [1]** 12/14
**CERTIFICATE [1]** 25/1
**Certified [1]** 1/14
**certify [1]** 25/6
**charging [2]** 17/717/8
**chart [2]** 7/207/24
**check [3]** 13/213/1216/6
**checks [17]** 6/207/77/237/258/28/68/8
8/108/129/119/129/1512/812/912/12
13/1316/4
**chief [2]** 4/134/13
**Chiropractic [1]** 22/14
**citation [2]** 22/1222/16
**citations [4]** 23/923/1223/1223/16
**cite [4]** 1/522/1322/1822/19
**cited [3]** 10/1221/2522/10
**CIVIL [1]** 1/5
**claim [5]** 9/413/1118/1318/2320/5
**claims [1]** 8/23
**clarification [1]** 14/8
**clarify [1]** 11/20
**CLAY [2]** 2/33/14
**clear [3]** 18/921/1121/11
**cleared [1]** 6/18
**clerk [1]** 18/16
**clerks [1]** 23/20
**client [9]** 12/1713/1214/2516/2116/23
16/2418/918/2119/2
**clock [1]** 3/24
**CM [2]** 1/21/3
**CM/ECF [2]** 1/21/3
**co [1]** 15/6
**co-counsel [1]** 15/6
**code [1]** 16/16
**codes [2]** 14/417/3
**collecting [1]** 10/19
**Collectively [1]** 5/16
**COLTER [3]** 1/2025/425/18
**come [6]** 9/2512/1614/1614/2215/20
17/14
**comes [1]** 12/18
**comp [2]** 4/204/21
**compare [1]** 20/13
**complete [1]** 17/12
**computer [1]** 1/18
**computer-aided [1]** 1/18
**concern [1]** 13/1
**concerned [2]** 14/722/20
**concerns [1]** 6/24
**conference [1]** 21/16
**connection [1]** 25/11
**contending [1]** 24/1
**continue [1]** 23/11
**contributors [1]** 5/21
**coordinating [1]** 14/9
**copy [2]** 5/228/5
**Correct [3]** 6/1010/2411/3
**cost [1]** 17/6

**could [3]** 6/228/1511/8
**couldn't [3]** 7/915/2422/16
**counsel [5]** 3/95/138/1415/618/10
**County [1]** 3/4
**course [2]** 8/2015/1
**court [16]** 1/31/71/91/121/141/11/213/5
5/2421/2423/1923/2425/425/525/825/19
**Court's [1]** 12/8
**Courthouse [1]** 1/21
**CPT [2]** 14/417/3
**CRC [2]** 1/2025/18
**CRR [2]** 1/2025/18
**Cruises [1]** 22/15
**currently [1]** 21/16
**CV [2]** 1/625/10

**D**

**data [11]** 14/514/617/1217/1917/19
19/2320/1120/2220/2321/121/3
**date [2]** 13/2016/6
**dates [3]** 7/2411/611/10
**day [2]** 12/925/14
**days [2]** 1/412/8
**days' [1]** 12/12
**deadline [2]** 21/1521/20
**deceive [1]** 23/24
**DECEMBER [4]** 1/133/425/825/14
**declaration [1]** 15/22
**declarations [3]** 7/178/615/22
**defendant [2]** 20/320/15
**defendants [3]** 1/83/133/15
**defense [2]** 8/1418/10
**delta [1]** 11/1
**demand [1]** 20/18
**department [7]** 6/46/96/186/196/227/5
7/6
**depending [2]** 14/1514/21
**deposed [1]** 4/6
**deposit [1]** 8/12
**deposition [11]** 4/24/24/65/115/126/6
7/37/2210/115/1015/17
**depositions [4]** 5/86/177/1416/10
**deposits [1]** 6/19
**deps [1]** 11/21
**described [1]** 6/4
**designate [1]** 14/16
**designee [1]** 4/3
**desk [3]** 5/65/1516/13
**detail [1]** 15/16
**determine [3]** 14/2119/921/10
**did [6]** 4/164/245/45/1115/1516/14
**didn't [6]** 5/156/217/17/1122/1122/19
**difference [2]** 10/1917/6
**different [4]** 4/199/19/321/12
**disagree [3]** 6/126/1318/22
**discoverable [1]** 22/10
**discovery [2]** 17/1618/11
**discussed [1]** 15/11
**discussing [1]** 10/20
**disguise [1]** 15/13
**District [5]** 1/141/11/125/525/5
**DIVISION [1]** 1/2
**do [38]**
**docket [1]** 1/6
**doctors [1]** 20/6
**document [2]** 1/922/5
**documents [2]** 10/311/19
**does [11]** 7/107/107/108/88/98/1011/19

12/412/1712/2122/12
**doesn't [2]** 12/913/7
**doing [1]** 15/3
**don't [23]** 7/249/199/199/2010/1311/13
12/114/114/615/116/516/1517/1718/6
18/1218/1318/1919/1321/321/421/6
22/1223/14
**done [3]** 11/1611/2216/4
**donut [1]** 5/23
**doth [1]** 10/17
**draw [1]** 16/19
**Drive [1]** 1/22
**due [1]** 21/16
**dumped [2]** 13/2213/25
**duty [1]** 22/3

**E**

**each [1]** 15/14
**easiest [1]** 8/14
**easy [1]** 24/8
**ECF [2]** 1/21/3
**eClinicalWorks [4]** 6/37/1913/2016/8
**effort [1]** 15/25
**either [1]** 21/12
**else [4]** 10/1213/1614/1424/6
**email [1]** 18/16
**end [3]** 13/2119/819/16
**energy [1]** 3/23
**engaged [1]** 18/11
**enough [1]** 21/9
**ensure [1]** 5/18
**entitled [2]** 18/2020/21
**entry [1]** 1/6
**errand [1]** 10/14
**essentially [1]** 20/8
**et [2]** 1/725/9
**even [1]** 6/8
**ever [2]** 13/223/24
**every [5]** 13/215/1716/1419/2223/18
**everybody [2]** 12/417/8
**everything [6]** 5/1816/2016/2218/23
19/1921/6
**everything's [1]** 20/17
**evidence [1]** 13/8
**evidentiary [4]** 5/259/239/2413/21
**exactly [3]** 6/217/219/4
**exaggerating [1]** 9/6
**example [1]** 8/12
**except [1]** 23/11
**exception [1]** 16/12
**excess [1]** 20/19
**excessive [1]** 15/12
**exist [1]** 7/10
**expect [2]** 20/620/15
**expecting [1]** 16/2
**expense [1]** 20/16
**expenses [6]** 9/820/120/220/520/19
20/20
**expert [13]** 8/1713/1914/917/1417/16
18/118/318/520/2420/2521/121/221/3
**expert's [3]** 17/1918/221/2
**explained [1]** 5/9
**explanation [2]** 6/206/23
**extensive [1]** 19/24

**F**

**fact [1]** 15/19
**Faith [1]** 6/2

**F**

**Faith Beltzhoover [1]** 6/2
**fake [1]** 23/20
**FAPR [2]** 1/2025/18
**far [1]** 20/19
**Farm [1]** 22/14
**feel [3]** 10/1718/2018/21
**FELLOWS [2]** 2/73/20
**felt [1]** 22/3
**female [1]** 14/19
**figure [2]** 13/721/13
**file [9]** 1/69/209/2110/2210/2210/25 11/1111/1211/15
**filed [6]** 1/21/71/923/523/623/18
**fill [1]** 15/22
**final [1]** 21/22
**finalize [1]** 14/9
**find [3]** 11/422/222/16
**finding [1]** 16/13
**fine [2]** 4/1111/23
**firm [8]** 7/238/168/178/1810/1012/20 12/2113/13
**firms [1]** 8/1
**first [8]** 3/234/1912/713/2114/214/716/8 20/5
**flows [1]** 8/3
**focused [1]** 10/10
**following [2]** 1/115/4
**force [1]** 17/24
**foregoing [1]** 25/12
**form [1]** 25/11
**found [4]** 5/65/145/246/8
**four [2]** 13/222/13
**fourth [3]** 4/14/66/10
**FRANK [2]** 2/63/19
**Friday [1]** 21/17
**full [1]** 1/8
**Fulton [1]** 3/4
**further [1]** 7/17

**G**

**gaps [1]** 15/23
**gather [1]** 5/17
**gave [2]** 5/1418/6
**genders [1]** 14/18
**generated [1]** 22/2
**geographic [1]** 20/12
**GEORGIA [4]** 1/11/223/425/6
**get [15]** 6/16/229/119/1810/410/812/2 13/1314/816/1618/2219/1320/423/20 24/8
**getting [1]** 15/19
**give [4]** 6/208/19/1718/23
**given [7]** 7/207/2213/2214/617/1321/6 21/12
**giving [1]** 15/2
**go [7]** 6/211/1315/1415/1615/1618/24 21/9
**goal [1]** 19/11
**going [11]** 6/247/139/1410/2112/216/13 18/1720/420/2420/2524/6
**gone [1]** 19/10
**good [1]** 23/17
**got [9]** 5/227/2112/1413/1813/2317/25 18/420/1721/10
**growth [2]** 4/124/13
**guess [3]** 17/1620/322/3
**guy [1]** 4/22

**H**

**had [14]** 4/65/55/85/215/246/810/12 10/1216/1716/1819/1419/1420/1220/13
**half [1]** 18/17
**hand [1]** 7/16
**handles [1]** 7/5
**HANK [2]** 2/73/20
**HANK FELLOWS [2]** 2/73/20
**happen [1]** 23/21
**happened [2]** 24/324/7
**happens [1]** 6/4
**happy [2]** 18/919/2
**has [6]** 1/712/1618/919/2021/222/18
**have [38]**
**haven't [2]** 7/229/17
**he [43]**
**he'll [1]** 15/18
**he's [6]** 4/174/184/2510/1319/2520/20
**head [2]** 4/94/12
**Healthcare [1]** 22/11
**hear [1]** 10/2
**hearing [15]** 5/245/259/199/219/239/24 10/110/2211/1411/1711/1813/2119/7 22/825/11
**HEIDARI [2]** 2/63/19
**held [1]** 25/8
**help [2]** 9/717/18
**helpful [1]** 8/7
**helps [1]** 19/15
**her [1]** 6/5
**here [8]** 3/73/225/226/2510/110/2112/2 13/22
**hereby [1]** 25/6
**hey [1]** 18/3
**highlight [1]** 11/21
**highly [1]** 7/20
**him [2]** 5/1416/12
**his [8]** 5/65/85/1516/1320/2420/2521/2 21/3
**hmm [1]** 12/13
**holes [1]** 5/23
**Honor [23]** 3/113/174/44/185/206/138/5 8/710/2412/512/712/2313/914/1318/8 18/2519/1821/1621/2223/923/2224/5 24/9
**HONORABLE [1]** 1/12
**hope [3]** 21/2322/2023/17
**hoping [2]** 14/817/20
**how [11]** 8/128/1510/1810/1814/15 14/1614/2114/2214/2116/416/15
**however [1]** 1/8
**huge [1]** 13/25

**I**

**I'd [2]** 14/1418/8
**I'll [4]** 13/1414/1319/1119/12
**I'm [15]** 6/257/167/228/179/1414/714/7 16/2517/1220/421/821/2322/2024/124/6
**I've [5]** 5/217/2119/1422/323/23
**idea [4]** 5/217/2115/2123/17
**ignored [1]** 16/8
**imagine [1]** 13/11
**Importantly [1]** 5/23
**incomplete [1]** 7/21
**incorrect [1]** 23/10
**indicated [1]** 6/2
**individuals [1]** 5/10
**inflated [1]** 20/5

**information [5]** 5/177/1112/2213/18 13/20
**initial [1]** 23/5
**instructions [2]** 15/215/5
**intended [1]** 23/11
**intention [2]** 21/723/23
**interestingly [1]** 7/25
**interpretation [2]** 17/1817/19
**introducible [1]** 13/8
**involved [1]** 15/8
**is [63]**
**issue [8]** 3/237/1510/1811/1811/1216/19/3 19/1521/21
**issued [1]** 18/17
**issues [2]** 14/2415/19
**it [79]**
**it's [18]** 8/128/1913/714/314/2217/15 18/1318/1518/1719/2420/1121/821/10 21/1223/123/223/423/23
**item [1]** 15/2
**items [1]** 14/22

**J**

**JANA [3]** 1/2025/425/18
**January [4]** 11/611/711/911/10
**JEFF [2]** 2/23/11
**join [1]** 4/24
**Judge [1]** 17/20
**judgment [1]** 18/18
**just [22]** 3/229/199/239/2510/710/21 11/511/1611/2011/2413/113/1313/25 15/415/2516/516/1817/1118/819/719/18 23/16

**K**

**keeps [2]** 14/2519/11
**key [1]** 3/21
**kind [5]** 3/215/2510/1410/1719/14
**knew [1]** 6/8
**knot [1]** 19/3
**know [27]**

**L**

**lady [1]** 10/17
**language [1]** 6/17
**languishing [1]** 19/14
**last [5]** 7/147/1515/1021/2522/7
**late [1]** 11/7
**later [1]** 21/13
**law [13]** 2/22/42/77/238/188/168/178/18 10/1012/2018/1623/1723/20
**lay [1]** 11/16
**least [4]** 5/111/2113/614/24
**less [1]** 20/16
**let [1]** 6/21
**let's [2]** 9/1010/21
**letting [2]** 18/118/2
**Lexis [1]** 22/17
**like [18]** 9/2210/710/810/1710/2010/21 11/2114/1415/815/1616/1717/1717/18/8 18/1619/419/1519/1919/21
**limited [3]** 13/2414/420/11
**line [2]** 1/615/2
**lines [6]** 14/514/614/1614/1814/22 16/17
**list [1]** 15/20
**listen [2]** 19/1119/12
**literature [1]** 10/16
**litigants [1]** 19/16

**L**

**litigated [2]** 17/917/9
**litigation [1]** 5/2
**little [2]** 11/2415/12
**LLC [1]** 1/7
**location [2]** 14/1914/20
**locations [2]** 17/419/22
**log [3]** 7/77/108/5
**logged [1]** 16/4
**LOGISTICS [4]** 1/72/33/825/9
**long [3]** 18/1318/1519/20
**look [2]** 15/1721/9
**looked [1]** 7/12
**looking [1]** 11/12
**looks [1]** 7/20
**lot [3]** 11/1420/1020/11
**low [1]** 3/21
**low-key [1]** 3/21

**M**

**machine [1]** 25/7
**make [5]** 11/1912/417/1218/824/6
**makes [1]** 23/16
**male [1]** 14/19
**many [2]** 14/1614/22
**markup [1]** 20/17
**markup's [1]** 20/18
**Maselli [8]** 4/54/54/74/245/186/2015/15 15/23
**Maselli's [1]** 6/15
**match [1]** 7/24
**MATT [2]** 2/43/17
**matter [3]** 16/119/125/9
**maximize [1]** 9/7
**may [8]** 1/21/53/94/412/2412/2513/10 20/10
**maybe [6]** 10/1110/1215/816/1819/7 20/17
**me [17]** 3/254/77/57/67/168/610/12 10/1711/614/1117/1717/1817/2418/16 19/921/2425/12
**mean [3]** 13/716/1120/17
**means [1]** 16/18
**mechanical [1]** 1/18
**medical [7]** 9/820/120/220/520/1620/19 20/20
**meet [1]** 7/15
**met [2]** 5/55/9
**MICHAEL [1]** 1/12
**might [4]** 10/410/418/419/8
**Mike [3]** 4/54/74/24
**Mike Maselli [1]** 4/24
**mind [1]** 4/9
**missing [2]** 14/817/15
**ML [1]** 22/10
**MLB [2]** 1/625/10
**money [1]** 12/18
**months [2]** 18/1118/18
**more [4]** 10/915/417/919/9
**most [1]** 7/14
**motion [8]** 9/2010/2211/1111/1211/15 11/1711/2016/11
**move [2]** 17/1618/15
**moving [1]** 19/11
**Mr. [19]** 4/55/186/156/207/29/2010/8 14/414/415/1515/2316/216/2517/117/4 20/1220/1322/1822/23
**Mr. Maselli [5]** 4/55/186/2015/1515/23

**Mr. Maselli's [1]** 6/15
**Mr. Norrington [4]** 16/2517/420/12 20/13
**Mr. Norrington's [3]** 14/414/417/1
**Mr. O'Daniel [5]** 7/29/2010/816/222/23
**Mr. Sessions [1]** 22/18
**much [6]** 9/110/1710/1810/1913/2416/2
**multiple [1]** 5/9
**must [2]** 18/2218/22
**Mut [1]** 22/14
**my [11]** 14/2515/816/2318/518/1518/16 19/2521/722/323/2023/23

**N**

**naive [1]** 10/20
**name [3]** 12/1922/1724/8
**narrow [1]** 7/15
**need [3]** 7/312/119/2
**needed [1]** 15/7
**needs [1]** 19/10
**negotiations [1]** 8/19
**neighbor [4]** 4/84/174/184/19
**never [3]** 7/1119/1523/21
**next [2]** 11/721/17
**no [7]** 1/131/64/235/217/2117/117/1
**No, [2]** 5/2023/9
**No, Your Honor [2]** 5/2023/9
**non [1]** 17/9
**non-litigated [1]** 17/9
**NORRINGTON [7]** 1/43/716/2517/4 20/1220/1325/9
**Norrington's [3]** 14/414/417/1
**NORTHERN [2]** 1/125/5
**not [30]**
**note [2]** 1/1219/18
**nothing [1]** 6/8
**November [1]** 22/5
**November 24th [1]** 22/5
**now [10]** 7/137/147/258/410/1410/20 13/413/616/916/17
**number [6]** 1/61/65/19/19/325/10

**O**

**O'DANIEL [7]** 2/33/147/29/2010/816/2 22/23
**off [3]** 10/1316/1321/18
**officer [1]** 4/13
**offices [1]** 25/6
**official [8]** 1/11/21/31/71/141/2125/4 25/19
**Oh [2]** 4/218/20
**okay [13]** 5/410/111/1011/2412/312/10 13/1616/1517/1320/1821/1421/1924/10
**omitted [1]** 23/13
**one [17]** 5/236/107/17/167/198/110/11 13/1813/2313/2514/214/614/714/2415/6 17/821/22
**only [4]** 1/217/712/817/25
**open [2]** 3/525/8
**opening [1]** 13/2
**opinion [1]** 21/5
**order [3]** 9/79/1421/17
**ordinary [1]** 15/1
**organized [1]** 14/18
**Ortho [11]** 2/63/184/154/244/255/10 5/168/1712/912/1012/17
**Ortho Sport [2]** 12/912/17
**Ortho's [1]** 19/22

**OSSP [2]** 9/2413/3
**other [4]** 10/310/1215/215/20
**ought [4]** 9/1110/924/324/7
**our [10]** 12/1713/114/314/916/118/9 19/221/1623/523/11
**out [15]** 3/223/243/247/27/169/1711/4 11/1613/714/1614/2215/721/421/13 23/19
**outline [3]** 5/125/1416/12
**outside [2]** 6/415/20
**over [4]** 5/918/2219/1319/24
**owed [1]** 8/21
**own [1]** 6/25

**P**

**P.A [1]** 22/15
**p.m [1]** 24/14
**page [2]** 1/622/1
**pages [2]** 12/112/2
**paid [5]** 9/29/412/1512/2020/1
**paper [2]** 23/1824/8
**papers [1]** 4/1
**paragraph [3]** 21/2522/723/1
**part [7]** 10/111/2214/2416/816/817/23 23/5
**partial [1]** 1/9
**particular [1]** 12/18
**past [1]** 12/9
**patience [1]** 3/24
**patient [4]** 14/2014/2119/2019/22
**patient's [2]** 12/1916/7
**patients [5]** 12/2417/217/317/920/11
**pay [2]** 12/1920/15
**paying [2]** 8/188/24
**payments [2]** 6/18/16
**payor [1]** 12/18
**PDF [2]** 1/113/22
**people [4]** 7/189/2414/1823/17
**perhaps [1]** 9/21
**period [3]** 1/45/912/10
**person [1]** 4/2
**perspective [2]** 15/816/1
**pertaining [1]** 19/20
**physician [2]** 8/2413/12
**pick [1]** 11/10
**picture [1]** 8/25
**places [1]** 14/5
**plaintiff [6]** 1/52/23/103/1216/2523/7
**plaintiff's [2]** 23/223/4
**platform [1]** 6/3
**playing [2]** 3/243/24
**point [3]** 6/113/1819/1
**pointing [1]** 7/16
**pop [1]** 22/19
**portion [1]** 1/5
**position [2]** 4/1623/12
**post [3]** 11/1411/1419/11
**post-hearing [1]** 11/14
**post-trial [1]** 11/14
**practicing [1]** 23/23
**precisely [2]** 9/920/9
**prefer [1]** 11/9
**premium [1]** 20/15
**preparation [1]** 1/13
**prepare [4]** 5/57/17/315/14
**prepared [2]** 5/1515/23
**preparing [2]** 16/1222/8
**presentation [1]** 6/14

**P**

**presents [1]** 6/14
**presumption [1]** 16/19
**pretrial [2]** 21/1621/17
**previously [1]** 12/16
**primary [1]** 13/1
**prior [2]** 5/86/17
**privilege [1]** 13/11
**privileged [1]** 13/13
**probably [1]** 18/21
**procedures [1]** 17/9
**proceedings [6]** 1/121/1824/1325/8 25/1025/13
**process [6]** 5/258/128/1312/616/521/4
**processes [1]** 17/14
**processing [9]** 6/46/86/96/187/57/67/7 14/116/9
**produce [3]** 7/258/149/14
**produced [6]** 1/187/248/98/1113/20 19/21
**produces [1]** 12/10
**producing [2]** 13/1915/3
**prohibited [1]** 1/8
**proposition [1]** 22/9
**protest [1]** 10/17
**prove [1]** 11/1
**provide [3]** 6/2218/919/2
**provided [2]** 5/619/19
**providing [1]** 15/22
**pulls [1]** 22/17
**purposes [1]** 14/9
**put [9]** 7/1812/1912/1915/2516/1121/18 21/2422/1823/19

**Q**

**question [6]** 14/1214/1414/2315/18 16/916/14
**questioning [1]** 8/3
**questions [6]** 5/197/2312/615/415/20 21/9
**quickly [1]** 6/18

**R**

**random [1]** 8/11
**rather [1]** 5/5
**RDR [2]** 1/2025/18
**read [3]** 4/123/1523/18
**real [1]** 20/20
**really [1]** 5/4
**Realtime [1]** 1/20
**reasonable [1]** 20/2
**reasons [1]** 15/6
**received [2]** 16/620/23
**receives [1]** 8/17
**recently [2]** 7/1423/19
**recognize [1]** 22/11
**record [1]** 25/13
**recorded [3]** 1/1816/316/7
**recording [1]** 16/5
**recover [1]** 20/7
**recovery [1]** 9/7
**redacted [1]** 7/20
**reduced [1]** 25/11
**reference [1]** 10/16
**referencing [1]** 1/6
**referring [1]** 22/25
**regard [2]** 13/1919/12
**regarding [2]** 16/2016/22

**regards [1]** 12/24
**relatively [1]** 10/18
**relevant [1]** 13/8
**reluctantly [1]** 18/19
**relying [1]** 18/5
**remind [1]** 4/7
**report [11]** 13/1913/2214/1014/1514/16 14/1714/1714/2116/2421/222/3
**reported [1]** 25/7
**Reporter [6]** 1/31/71/121/2125/425/19
**REPORTERS [1]** 24/15
**reports [2]** 14/2519/21
**representative [1]** 4/5
**request [1]** 14/3
**requested [3]** 5/1715/1118/10
**requesting [1]** 19/23
**requests [1]** 15/2
**resolve [1]** 21/21
**respect [1]** 19/1
**responses [1]** 6/15
**rest [1]** 18/24
**restricted [1]** 1/3
**retain [1]** 12/9
**returned [1]** 14/16
**review [2]** 8/722/8
**reviewing [1]** 21/23
**right [25]** 3/74/215/226/77/28/208/25 9/59/109/1810/1411/212/1513/413/22 16/1517/717/2518/419/1120/1621/19 23/1423/1524/10
**roughly [1]** 14/5
**Royal [1]** 22/15
**run [4]** 3/2214/1714/2115/1
**running [1]** 14/25

**S**

**said [7]** 5/76/76/77/120/2521/325/10
**same [4]** 17/217/317/417/8
**sanctions [4]** 9/2210/2311/1211/17
**say [18]** 14/1914/2016/1717/1517/24 18/118/218/518/819/1020/122/422/11 22/1222/2223/723/2023/22
**says [4]** 6/1118/318/1621/2
**scanned [1]** 8/6
**school [1]** 23/17
**script [2]** 5/616/13
**search [1]** 22/17
**second [3]** 4/219/1921/25
**see [3]** 18/1220/1821/1
**seems [3]** 10/710/717/17
**semantics [1]** 6/24
**send [1]** 11/6
**sending [1]** 13/11
**sense [3]** 10/811/1912/4
**sent [2]** 8/2118/16
**service [1]** 20/12
**SESSIONS [3]** 2/43/1722/18
**set [2]** 17/1221/20
**settlement [1]** 8/19
**settling [1]** 8/23
**she [2]** 6/37/4
**short [1]** 11/13
**should [4]** 11/211/520/123/13
**shouldn't [1]** 20/15
**show [5]** 7/1016/1417/617/717/10
**showing [1]** 17/12
**side [1]** 21/12
**side's [1]** 15/2

**simple [1]** 10/18
**single [2]** 15/1719/22
**sir [1]** 19/17
**sitting [3]** 5/65/1516/13
**smaller [1]** 13/24
**Smith [1]** 22/15
**so [28]**
**solution [1]** 8/1
**some [5]** 6/16/1711/611/1020/17
**somebody [3]** 10/1217/2123/18
**somehow [1]** 7/8
**something [11]** 9/219/229/2212/214/7 14/1416/1818/522/2023/1923/19
**sorry [2]** 8/1716/25
**sort [1]** 15/22
**sounds [1]** 16/17
**space [1]** 11/25
**speak [1]** 7/9
**specific [3]** 6/1512/2412/25
**specify [1]** 14/17
**spell [1]** 7/2
**Spine [4]** 2/64/255/105/16
**Sport [6]** 2/64/255/1012/912/1012/17
**Sports [1]** 4/15
**stand [1]** 16/1
**standpoint [2]** 12/2521/15
**starting [1]** 3/9
**state [3]** 5/1122/922/14
**statement [7]** 22/122/222/2523/223/3 23/423/5
**STATES [2]** 1/125/5
**stem [1]** 8/2
**Stenograph [1]** 25/7
**Stenographic [1]** 1/12
**stenography [1]** 1/18
**step [4]** 5/257/187/1915/7
**still [2]** 14/114/6
**straightforward [1]** 8/13
**string [1]** 22/13
**stuff [3]** 17/218/1822/10
**submissions [1]** 21/23
**submitted [1]** 22/1
**subpoena [4]** 9/179/2410/313/14
**subpoenas [1]** 11/18
**subsequently [1]** 23/5
**summary [1]** 18/17
**supposed [2]** 14/317/3
**sure [2]** 14/1317/12
**SW [1]** 1/22
**Systems [1]** 1/20

**T**

**take [2]** 11/2416/12
**talk [2]** 12/313/17
**talking [2]** 12/2519/21
**Tallahassee [1]** 22/14
**teaching [1]** 23/17
**technology [1]** 1/13
**Ted [1]** 1/22
**tell [3]** 7/57/614/11
**ten [2]** 5/318/18
**terminology [2]** 6/2520/4
**testified [1]** 6/2
**testimony [2]** 7/178/18
**than [3]** 9/110/917/9
**Thank [3]** 18/2524/1024/11
**that [156]**
**that's [23]** 3/244/116/197/138/211/23

**T**

**that's... [17]** 13/2014/2314/2415/14 15/2115/2516/116/719/419/1420/620/9 20/2421/421/1422/2024/8
**their [5]** 6/16/36/2515/422/17
**them [13]** 7/28/18/98/189/149/159/16 9/1815/315/1817/1217/2418/2
**then [16]** 6/77/158/239/1911/1813/13 13/2313/2514/515/317/1417/1518/3 21/2222/1322/15
**there [9]** 6/1710/510/1912/2412/2513/6 15/1019/922/19
**there's [10]** 3/235/256/36/247/613/11 14/715/319/922/13
**these [8]** 7/78/1614/2514/2519/2119/22 22/222/8
**they [26]** 6/16/96/217/17/37/67/167/23 7/259/611/1112/1915/2015/2417/14 17/1518/218/618/618/1918/1918/2120/6 20/2221/123/16
**they'd [1]** 6/2
**they'll [1]** 12/19
**they're [8]** 14/1017/717/818/2019/23 21/1123/1523/17
**they've [8]** 11/1617/1318/1018/1418/23 20/2221/1021/12
**thing [2]** 7/1321/22
**things [3]** 10/414/2518/16
**think [27]**
**thinking [1]** 10/11
**thinks [3]** 18/120/320/3
**third [5]** 4/26/57/121/2522/7
**this [48]**
**those [8]** 6/1515/1315/1415/1615/20 15/2420/2022/16
**though [2]** 6/821/4
**thought [6]** 3/238/1315/715/1115/12 18/3
**three [2]** 10/2022/1
**three-page [1]** 22/1
**through [7]** 5/125/137/48/311/1315/14 15/17
**tie [1]** 19/2
**tilting [1]** 10/8
**time [7]** 10/1111/1118/1318/1523/15 23/1523/18
**title [2]** 6/196/21
**today [1]** 22/8
**together [1]** 10/2
**told [5]** 11/111/211/518/621/10
**too [6]** 10/1711/811/1513/1515/816/2
**topics [7]** 6/156/1515/1115/1315/16 15/2115/24
**totally [1]** 7/21
**track [2]** 7/1012/17
**transcript [12]** 1/11/51/81/91/141/12 1/185/226/167/415/1725/12
**transcripts [1]** 1/2
**treated [1]** 17/4
**treating [2]** 8/2413/12
**treatment [1]** 14/5
**trial [2]** 9/711/14
**tried [3]** 10/1322/822/18
**true [3]** 4/120/1825/12
**try [3]** 9/721/922/9
**trying [6]** 7/1710/913/714/1018/1420/1
**Turner [1]** 1/22
**turning [1]** 19/24

**two [9]** 5/257/147/167/188/414/1816/9 18/1723/5
**two-part [1]** 23/5
**two-step [1]** 5/25
**type [2]** 12/1820/12
**typewritten [1]** 25/11

**U**

**U.S [2]** 1/141/21
**ultimately [1]** 9/1
**Um [1]** 12/13
**Um-hmm [1]** 12/13
**understand [2]** 8/1514/15
**understanding [1]** 19/25
**UNITED [2]** 1/125/5
**unless [2]** 11/713/10
**up [8]** 6/187/2412/1613/215/2122/17 22/1923/16
**upon [1]** 18/5
**us [6]** 8/215/215/2518/618/623/21
**use [1]** 22/17
**used [2]** 1/137/4
**using [1]** 6/25
**usually [1]** 22/17

**V**

**validate [1]** 17/18
**value [1]** 20/20
**vast [1]** 19/23
**versed [1]** 15/15
**very [4]** 7/158/139/319/24
**view [1]** 19/1
**visual [2]** 4/108/14

**W**

**want [20]** 9/129/2510/411/611/711/13 11/1311/1511/1714/1714/1914/2017/11 17/1717/1817/2418/2119/1322/2223/16
**wanted [5]** 9/2110/2212/717/619/18
**wants [2]** 13/1623/7
**was [39]**
**wasn't [3]** 15/2318/621/7
**way [14]** 6/2210/210/411/413/1414/3 17/2517/2521/1423/1023/1023/2424/8 24/8
**we [33]**
**we'll [11]** 9/239/2510/211/511/711/17 20/1821/121/1321/1821/20
**we're [18]** 3/73/217/2010/1010/1912/2 12/2513/613/713/1914/114/615/315/3 15/415/1919/2122/10
**we've [9]** 7/138/38/913/213/1816/9 18/1019/2119/24
**weeds [1]** 21/8
**week [1]** 11/8
**weeks [1]** 5/9
**well [15]** 3/174/108/613/413/514/14 15/1517/217/1117/1317/1517/2319/4 20/2423/14
**went [1]** 7/4
**were [9]** 5/2113/2115/1115/2419/19 21/1121/2424/1325/11
**Westlaw [3]** 22/1822/1822/19
**what [39]**
**what's [5]** 8/219/410/2116/1616/16
**when [7]** 4/164/2416/316/621/121/20 23/16
**where [4]** 7/1015/1915/2519/8
**Whereupon [1]** 24/13

**whether [10]** 6/2217/718/219/919/10 21/2219/321/1521/1023/14
**which [10]** 8/1313/113/1114/2516/7 16/922/922/1122/2523/3
**while [2]** 6/1720/10
**who [8]** 4/74/115/145/155/216/27/57/18
**whole [1]** 8/2
**why [8]** 8/138/189/199/199/2015/6 15/2117/10
**will [13]** 1/33/223/229/2210/2511/24 14/1614/1914/2014/2119/920/623/12
**willing [2]** 18/1418/23
**windmills [1]** 10/9
**Witherite [4]** 8/28/108/2312/21
**within [1]** 15/24
**witness [1]** 6/9
**witnesses [3]** 10/310/311/19
**won't [1]** 12/19
**word [1]** 7/5
**work [1]** 21/4
**worked [4]** 5/125/125/165/17
**worker's [2]** 4/204/21
**working [1]** 13/19
**works [2]** 8/128/15
**world [2]** 7/187/19
**worth [1]** 12/12
**would [11]** 6/138/78/1310/2011/21 12/1012/2316/1219/420/1923/22
**written [1]** 13/2
**wrong [6]** 18/220/421/2322/2023/12 23/15

**Y**

**y'all [4]** 10/1211/611/711/10
**YASHA [2]** 2/63/19
**Yasha Heidari [1]** 3/19
**year [1]** 10/20
**years [6]** 5/15/38/413/218/1723/23
**Yep [1]** 13/14
**yes [14]** 5/312/513/917/2219/619/17 19/2521/1821/2022/622/2423/1524/5 24/9
**you [82]**
**you'll [1]** 14/18
**you're [2]** 11/1117/15
**you've [6]** 11/112/1412/1517/2520/25 21/5
**your [43]**
**Your Honor [19]** 3/113/174/44/186/13 8/58/710/2412/512/712/2313/914/13 18/818/2519/1821/1621/2224/9